1  Patrick J. Mulligan
   The Law Offices of Patrick J. Mulligan
2  4514 Cole Ave. Suite 300
   Dallas, Texas 75205
3  Phone: 214-219-9779
   Facsimile: 214-520-8789
4  Attorneys for Plaintiff

5

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>JUNE HYDER, Individually and on behalf of DORIS BENNETT et. al.,<br><br>Plaintiff,<br>v.<br><br>MERCK & CO., INC., PFIZER INC., and PHARMACIA & UPJOHN COMPANY, LLC.<br><br>(Case No. 06-2671 CRB) | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE |

20   Come now all remaining Plaintiff in this action, including <u>but not limited</u> to June Hyder,
21  Individually and on behalf of Doris Bennett, and Defendants, by and through the undersigned
22  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
23  dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

24

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Case No. MDL NO. 1699**

| | |
|---|---|
| DATED: 12/11, 2009 | By: _____ |
| | The Law Offices of Patrick J. Mulligan |
| | 4514 Cole Ave., Suite 300 |
| | Dallas, Texas 75205 |
| | Phone: 214-219-9779 |
| | Facsimile: 214-520-8789 |
| | |
| | *Attorneys for Plaintiff* |
| | |
| DATED: April 15, 2010 | By: _____ |
| | DLA PIPER LLP (US) |
| | 1251 Avenue of the Americas |
| | New York, New York 10020 |
| | Telephone: (212) 335-4500 |
| | Facsimile: (212) 335-4501 |
| | |
| | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: 5·11, 2010

By: _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Case No. MDL NO. 1699